# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JAMES DAWSON,

      Plaintiff,

v.                              CASE NO.  4:16cv775-RH/CAS

FLORIDA DEPARTMENT OF
TRANSPORTATION,

      Defendant.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Was race a motivating factor in the Department's decision to suspend Mr. Dawson?

           YES  ___✓___     NO  _____

*If you answered no to question 1, please skip question 2 and go directly to question 3. If you answered yes to question 1, please answer question 2.*

2. Would the Department have suspended Mr. Dawson anyway, even if race had not been considered?

           YES  _____     NO  ___✓___

**FILED IN OPEN COURT ON**

November 8, 2017

United States District Court
Northern District of Florida

Case No.   4:16cv775-RH/CAS

*Please answer question 3.*

3.   Was race a motivating factor in the Department's decision to terminate Mr. Dawson?

YES  √          NO  _____

*If you answered no to question 3, please skip question 4 and go directly to question 5. If you answered yes to question 3, please answer question 4.*

4.   Would the Department have terminated Mr. Dawson anyway, even if race had not been considered?

YES  _____          NO  √

*Please answer question 5.*

5.   Did Mr. Dawson testify in good faith in the *Randolph* case about racial discrimination at the Department?

YES  √          NO  _____

*If you answered no to question 5, please skip questions 6 and 7 and proceed as directed in the italicized instruction that precedes question 8. If you answered yes to question 5, please answer questions 6.*

6. Was the Department's decision to suspend Mr. Dawson caused by that testimony in the *Randolph* case?

YES _____          NO __✓__

*If you answered question 6, please answer question 7.*

7. Was the Department's decision to terminate Mr. Dawson caused by that testimony in the *Randolph* case?

YES _____          NO __✓__

*Please answer question 8 if you answered:*

> *No to question 2, OR*
> *No to question 4, OR*
> *Yes to question 6, OR*
> *Yes to question 7.*

*Please skip question 8 if you answered:*

> *Yes or did not answer question 2, AND*
> *Yes to did not answer question 4, AND*
> *No or did not answer question 6, AND*
> *No or did not answer question 7.*

8. What amount of damages do you award for mental and emotional anguish:

$ __190,000__

*If you answered question 8, please answer question 9.*

9. What amount of damages do you award for lost salary:

$ *84,000*

SO SAY WE ALL on November __8__, 2017, in Tallahassee, Florida.

Redacted

Foreperson